# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2441
_____

JOHN MICHAEL KOZIK,

Appellant,

v.

CRAIG HANSON, as
representative of Alice Marie
Kozik,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

April 13, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lois B. Lepp and Nicole A. Aloi of Lois B. Lepp, P.A., Pensacola, for Appellant.

James L. Chase and Hunter R. Higdon of James L. Chase & Associates, PLC, Pensacola, for Appellee.